IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE PACKARD, the Executrix of the ESTATE OF EDWARD A. PACKARD ESTATE,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN J. DARVEAU, JR., an Individual, FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation and CJS ENTERTAINMENT, INC., a Nebraska Corporation<br><br>Defendants. | CASE NO.   4:11-cv-03199<br><br><br>SUPPLEMENT TO COMPLAINT |

COMES NOW the Plaintiff, Diane Packard, the duly appointed Executrix of the Estate of Edward A. Packard, and supplements the Complaint in the above-captioned matter with a true and accurate copy of the Letters of Authority filed August 17, 2011, by the Probate Court of Hamilton County, Ohio, attached hereto and marked as Exhibit A. Exhibit A was identified and referred to in Paragraph 1 of the Complaint filed herein but was inadvertently left off.

DIANE PACKARD, Executrix of the ESTATE OF EDWARD A. PACKARD, Plaintiff

By:  Baylor, Evnen, Curtiss, Grimit & Witt LLP
Wells Fargo Center
1248 "O" Street, Suite 600
Lincoln, NE 68505
(402) 475-1075

By:  /s/ Andrea Snowden
Andrea Snowden, # 21784

And

>STATMAN, HARRIS & EYRICH, LLC
>Alan J. Statman, Ohio Bar #0012045
>Colleen M. Hegge, Ohio Bar #0038506
>Saba N. Alam, Ohio Bar #0080398
>441 Vine Street, 3700 Carew Tower
>Cincinnati, Ohio 45202
>Tel.: (513) 621-2666
>Fax: (513) 621-4896
>ajstatman@statmanharris.com
>chegge@statmanharris.com
>salam@statmanharris.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above was mailed by postage-paid, regular United States mail on this 18th day of November, 2011, to:

Corey J. Snethen as Agent for CJS Entertainment, Inc.
71088 653 Avenue
Falls City, NE  68355

Falls City Area Jaycees
PO Box 202
Falls City, NE  68355

Michael R. Dunn as Agent for Falls City Area Jaycees
111 East 17th Street
Falls City, NE 68355

Steven J. Darveau, Jr.
65492 715 Road
Falls City, NE  68355

>By:   /a/ Andrea D. Snowden
>      Andrea D. Snowden, #21784

PerfectForm F3.26

## PROBATE COURT OF HAMILTON COUNTY, OHIO
## JAMES CISSELL, JUDGE

ESTATE OF <u>EDWARD A. PACKARD</u>, DECEASED

CASE NO. <u>2011003721</u>

## ENTRY APPOINTING FIDUCIARY- LETTERS OF AUTHORITY
[For Executors and all Administrators]

Name and Title of Fiduciary <u>Diane F. Packard</u>

<u>Executrix</u>

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died [check one of the following] ☒ testate - ☐ intestate - on <u>August 5, 2011</u>, domiciled in <u>Cleves, Hamilton County, Ohio</u>

[Check one of the following] ☒ Bond is dispensed with by the Will- ☐ Bond is dispensed with by law- ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

<u>8-17-11</u>
Date

<u>James Cissell</u>
James Cissell, Probate Judge

David J. Eyrich, Attorney at Law
441 Vine Street, 3700 Carew Tower
Cincinnati, Ohio 45202
Telephone: (513) 621-2666
Attorney Reg. No. 0009192

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

[Seal]

James Cissell, Probate Judge/Clerk
by _____

Date 8-17-11

FILED
COURT COMMON PLEAS PROBATE
JAMES CISSELL JUDGE

2011 AUG 17 AM 10: 02

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

Estate of Edward A. Packard

07/01/77

Exhibit A