IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard, | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3199 |
| v. | ) ) | |
| STEVEN J. DARVEAU, JR., an Individual, FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation, and CJS ENTERTAINMENT, INC., a Nebraska Corporation, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The stipulation between Plaintiff and Defendant Falls City Area Jaycees, (filing no. 27, is granted, and

   a. The plaintiff's amended complaint shall be filed on or before December 15, 2011.

   b. On or before 21 days after the plaintiff's amended complaint is filed, Defendant Falls City Area Jaycees shall file its answer or response to the amended complaint .

2) Defendant Falls City Area Jaycees' motion to strike, (filing no. 18), is denied as moot.

DATED this 8th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge