IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN J. DARVEAU, JR., an Individual, FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation, and CJS ENTERTAINMENT, INC., a Nebraska Corporation,<br><br>　　　　Defendants. | 4:11CV3199<br><br>AMENDED SCHEDULING PACKET ORDER |

　　Defendant Darveau's answer deadline has been extended to February 8, 2012. Accordingly, IT IS ORDERED:

1) Counsel for the parties shall confer and, on or before, **February 22, 2012**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found in Word and WordPerfect format at http://www.ned.uscourts.gov/forms/.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before, **February 15, 2012,** a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

DATED this 6th day of January, 2012.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　United States Magistrate Judge