IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE PACKARD, the Executrix of the ESTATE OF EDWARD A. PACKARD, | ) ) ) ) | Case No.: 11-3199 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| STEVEN J. DARVEAU, JR., an Individual, FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation and CJS ENTERTAINMENT, INC., a Nebraska Corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Pursuant to the Agreed Entry of Plaintiff and Defendant, CJS Entertainment, Inc. filed in the above matter,

IT IS ORDERED that Defendant, CJS Entertainment, Inc. is voluntarily dismissed, without prejudice, as a Defendant to this action.

DATED this 9th day of January, 2012.

BY THE COURT:
s/ Warren K. Urbom
United States Senior District Judge