IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard, | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3199 |
| v. | ) ) | |
| STEVEN J. DARVEAU, JR., an Individual, FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation, and CARICO FARMS, Incorporated, a Nebraska Corporation, | ) ) ) ) ) | ORDER ON DISMISSAL OF CROSS CLAIM |
| Defendants. | ) ) ) | |

On December 28, 2011, the plaintiff and defendant, CJS Entertainment, by and through their respective attorneys agreed to voluntarily dismiss defendant CJS Entertainment, without prejudice. (ECF Filing 30).  My order of January 9, 2012, ECF filing no. 36, dismissed defendant, CJS Entertainment, Inc.  On January 11, 2012, ECF filing 37, the defendant Falls City Area Jaycees docketed its "Dismissal of Crossclaim (sic)" as a "notice" but requested that its cross claim against CJS Entertainment, Inc. be dismissed without prejudice.  There being no objection to the request that the cross claim be dismissed without prejudice,

IT IS ORDERED that the cross claim of defendant Falls City Area Jacyees against CJS Entertainment, Inc. is dismissed without prejudice.

Dated February 6, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge