IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard; <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN J. DARVEAU, JR., an Individual;  FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation;  CJS ENTERTAINMENT, INC., a Nebraska Corporation;  CARICO FARMS, Incorporated, a Nebraska Corporation; and CORY SNETHEN, an individual; <br><br> Defendants. | **4:11CV3199** <br><br> **MEMORANDUM AND ORDER** |

Defendant Snethen's motion for protective order, (filing no. 99), and the parties' joint stipulation to extend the progression order deadlines, (filing no. 105), are granted in part and denied in part as follows:

1)   Defendant Snethen's shall serve his 26 disclosures and his responses to Plaintiff's written discovery on or before 30 days following the court's ruling on Defendant Snethen's pending Motion to Dismiss.

2)   The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 10, 2013.  Motions to compel Rule 33 through 36 discovery must be filed by May 27, 2013.

3)   The deadlines for identifying expert witnesses expected to testify at the trial are:

    For the plaintiff(s):        January 8, 2013
    For the defendant(s):      February 7, 2013

4)   The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):        March 8, 2013
    For the defendant(s):      April 8, 2013

5)      The deposition deadline is June 10, 2013.

6)      The deadline for filing motions to dismiss and motions for summary judgment is June 25, 2013.

7)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 25, 2013.

8)      The status conference, pretrial conference, and trial dates are unchanged.


October 11, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge