IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard, | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3199 |
| v. | ) ) | |
| STEVEN J. DARVEAU, JR., an Individual, FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation, CARICO FARMS, Incorporated, a Nebraska Corporation, and CORY SNETHEN, an individual, | ) ) ) ) ) ) ) | ORDER ON DEFENDANT CORY SNETHEN'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS |
| Defendants. | ) ) | |

   IT IS ORDERED that Defendant Cory Snethen's Motion for Leave to File Supplemental Brief in Support of Motion to Dismiss, ECF No. 108, is granted and the brief shall be filed forthwith.

   Dated October 24, 2012.

                              BY THE COURT


                              _____
                              Warren K. Urbom
                              United States Senior District Judge