IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. DARVEAU, JR., an Individual, FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation, CARICO FARMS, Incorporated, a Nebraska Corporation, and CORY SNETHEN, an individual,<br><br>Defendants. | 4:11CV3199<br><br>ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO FILE A SURREPLY |

IT IS ORDERED that the Plaintiff's Unopposed Motion to File a Surreply, ECF No. 123, is granted and the plaintiff shall file and serve its Surreply Brief on or before February 1, 2013.

Dated January 29, 2013.

BY THE COURT

_Warren K. Urbom_
Warren K. Urbom
United States Senior District Judge