IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard; | 4:11CV3199 |
|---|---|
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| STEVEN J. DARVEAU, JR., an Individual; et al; | |
| Defendants. | |

After conferring with the parties,

IT IS ORDERED:

1) The deadlines for complete expert disclosures as set forth in the court's progression order, (Filing No. 106), are set aside pending further order of the court; and

2) Within seven (7) days following Judge Urbom's ruling on Defendant Carico Farms' pending motion for judgment on the pleadings, (Filing No. 118), plaintiff's counsel shall contact my chambers to set a conference call for further scheduling of this case.

February 19, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge