IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard;<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN J. DARVEAU, JR., an Individual; and CJS ENTERTAINMENT, INC., a Nebraska Corporation;<br><br>Defendants. | 4:11CV3199<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties, the

IT IS ORDERED:

1) On or before May 6, 2013, the parties shall either advise the court that as to the remaining defendants, this case is settled, they shall file a proposed schedule for progression of this case to trial.

2) By permitting the parties to propose a new progression schedule, the court is not granting an extension of any progression deadlines that have already passed.

March 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge