IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE PACKARD, the Executrix of the Estate of Edward A. Packard;<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN J. DARVEAU, JR., an Individual; FALLS CITY AREA JAYCEES, a Nebraska Non-Profit Corporation; CARICO FARMS, Incorporated, a Nebraska Corporation; and CORY SNETHEN, an individual;<br><br>Defendants. | 4:11CV3199<br><br>**ORDER ON AGREED ENTRY OF VOLUNTARY DISMISSAL, WITH PREJUDICE** |

The plaintiff by and through her counsel of record, and the defendant, Steven J. Darveau, Jr., by and through his counsel of record, have filed an Agreed Entry of Voluntary Dismissal, with Prejudice, ECF No. 145, stating that the above-captioned action is fully compromised and settled between these two parties and agree to the dismissal of defendant Steven J. Darveau, Jr. with prejudice.

IT IS SO ORDERED.

Dated September 30, 2013.

BY THE COURT:

_____
Warren K. Urbom
United States Senior District Court